COREY v. BOLTON.

(City Court of New York, General Term.   December 27, 1899.)

PROFESSIONAL INFORMATION—DISCLOSURE—MINORS—WAIVER.
  Under Code, § 836, providing that a patient may waive the provisions of Id. § 834, prohibiting physicians disclosing professional information, a waiver by plaintiff is sufficient where the action is for injuries to his minor son, and plaintiff's rights only are involved.

Appeal from trial term.
Action by George Corey against William Bolton. From a judgment for plaintiff, defendant appeals. Affirmed.
Argued before FITZSIMONS, C. J., and SCHUCHMAN and O'DWYER, JJ.
A. O. Salter, for appellant.
L. L. G. Benedict, for respondent.

PER CURIAM. The judgment was not excessive, nor was it against the weight of evidence. We think it was proper to allow the doctor to testify as to the nature and extent of the injuries in-

dicted upon plaintiff's son, who was a minor. · Plaintiff's right only was involved in this action, and, as his son was a minor, he was not able to make the waiver provided for by section 836 of the Code. Under the circumstances, the waiver of plaintiff was sufficient and proper.

No error was committed, and judgment must be affirmed, with costs.